UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
AUG 24 2010
CLERK

*******************************************************************

| | | |
|---|---|---|
| ENERGY MAINTENANCE SERVICE, LLC, a Delaware Limited Liability Company, | * * * * | CIV 09-4155 |
| Plaintiff, | * * | |
| vs. | * * | JUDGMENT |
| ReNEW ENERGY MAINTENANCE HOLDINGS, LLC, a South Dakota Limited Liability Company; ReNEW ENERGY MAINTENANCE, LLC, a South Dakota Limited Liability Company; JAMES P. MIKEL; GARY R. FISH; NICHOLAS D. SIDDENS; and MICHAEL A. SHERMAN, | * * * * * * * * | |
| Defendants. | * * | |

*******************************************************************

Based upon the Joint Motion for Dismissal, Doc. 58, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint and causes of action of the Plaintiff against the Defendant are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees. The Court will retain jurisdiction of this matter to enforce the terms of the Settlement Agreement entered into between the parties.

Dated this 23rd day of August, 2010.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _Summa Wahu_____
           DEPUTY